UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 513(a) |
| **LESA M. BERRY,** | : | (Uttering Forged Securities) |
| **Defendant.** | : | |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about November 17, 2004, within the District of Columbia, **LESA M. BERRY**, did unlawfully and knowingly utter a forged security, that is, a check rom Alliance Catholic Health Care (ACHC) to the international law firm of Dewey Ballantine, LLP, with the intent to deceive Dewey Ballantine, LLP.

(**Uttering Forged Securities**, in violation of Title 18, United States Code, Section 513(a))

    JEFFREY A TAYLOR
    Attorney of the United States in
    and for the District of Columbia
    Bar No. 498610

BY: _____
    ANGELA HART-EDWARDS
    Assistant United States Attorney
    Federal Major Crimes Section
    555 4th Street, N.W., Room 4241
    Washington, D.C. 20530
    (202) 307-0031