UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 07-120 |
| : | **FILED** |
| LESA BERRY, : | MAY 29 2007 |
| Defendant. : | NANCY MAYER WHITTINGTON, CLERK |
| : | U.S. DISTRICT COURT |

### GOVERNMENT'S SUBMISSION TO THE COURT
### IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Lesa Berry, hereby submit the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSES

The essential elements of the offense of Unlawfully Transferring a Forged Security, in violation of 18 U.S.C. § 513(a), are:

1. The defendant knowingly uttered or possessed a forged security;

2. The forged security belonged to an organization; and

3. The defendant did so with the intent to deceive another person, organization or government.

II.   COPY OF THE PLEA AGREEMENT

A copy of the plea agreement, not yet executed by the defendant, is attached.

III. <u>PENALTIES</u>

For Unlawfully Uttering or Possessing a Forged Security, pursuant to 18 U.S.C. §513(a):

1. a term in prison of not more than 10 years;
2. a fine of not more than $250,000 or a fine of twice the pecuniary gain or loss pursuant to 18 U.S.C. § 3571(d) ; and
3. a term of supervised release of not more than three years.

The Court also has the discretion to award restitution.

IV. <u>FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA</u>

Had this case proceeded to trial, the United States was prepared to prove that the defendant, Lesa Berry, was employed by the law firm of Dewey Ballantine, LLP (hereinafter "law firm"), as an accounts receivable clerk, during the period of July 9, 2004 through September 7, 2006. The law firm is a professional partnership engaged in the practice of law throughout the United States and is engaged in activities which affect interstate and/or foreign commerce. The defendant worked at the law firm's office located at 1775 Pennsylvania Avenue, N.W., Washington, D.C.

During this time period, the defendant engaged in a scheme to obtain monies from the law firm. The defendant would take checks that were remitted to the law firm by mail by clients from around the country in payment for legal services, and falsely alter them by typing her name on the payee line of the check. The defendant would then deposit the checks into her personal account at M&T Bank in Maryland. For example, the defendant took check         issued by Alliance Catholic Health Care, to the law firm in the amount of $9,990.62, and without permission knowledge, permission or the authority of the law firm typed her name on the payee line and deposited it into her account on November 17, 2004. The defendant executed her scheme on scores of occasions by falsely alertring 44 different checks for a total amount of $255,529 being deposited into her personal

bank account. The defendant's offense was discovered and her employment with the law firm was terminated on September 9, 2006.

The defendant also gave a written statement to the United States Secret Service on January 18, 2007, admitting that she engaged in the aforementioned scheme.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney

                MICHAEL T. TRUSCOTT
                Assistant United States Attorney
                Member of the New York Bar
                Federal Major Crimes Section
                555 Fourth Street, N.W., Room 4237
                Washington, D.C. 20530
                202-514-7533

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Deborah K. Hines, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 5/3/07

LESA M. BERRY
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 5/3/07

DEBORAH K. HINES
Attorney for Defendant

-4-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
                          :
              v.          :     CRIMINAL NO. 07–
                          :
                          :
LESA M. BERRY,            :
                          :
        Defendant.        :

## WAIVER OF INDICTMENT

I, Lesa M. Berry, the above-named defendant accused of Unlawfully Uttering a Forged Security, in violation of 18 U.S.C. § 513(a), being advised of the nature of the charges and of my rights, hereby waive in open court prosecution by indictment, and consent that the proceeding may be by information instead of by indictment. I have consulted with my attorney, and have decided to voluntarily waive my right to be prosecuted for this felony only after a grand jury votes to indict me. This waiver is being made voluntarily and intelligently and without duress or compulsion.

Dated: 5/3/07          _____
                       Lesa M. Berry
                       Defendant

Dated: 5/3/07          _____
                       Deborah K. Hines
                       Counsel for Defendant