UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

LESA M. BERRY

Criminal No. 07-120

**FILED**

**MAY 29 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, <u>Lesa M. Berry</u>, the above named defendant, who is accused of: Uttering a Forged Securities, in violation of Title 18 USC, Section 513(a), the proposed information, and my rights, hereby waive in open court on <u>May 29, 2007</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
GLADYS KESSLER
United States District Judge