UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
      v.                           :   Criminal No. 07-120 (GK)
                                   :
LESA M. BERRY,                     :   **FILED**
                                   :
      Defendant.                   :   MAY 29 2007
                                   :
                                       NANCY MAYER WHITTINGTON, CLERK
                                           U.S. DISTRICT COURT

### ORDER

It is hereby this 29th day of May, 2007,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than Aug 15, 2007, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than Aug 17, 2007 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on Aug 21, 2007 at 4:30 pm.

IT IS SO ORDERED.

*Gladys Kessler*
Gladys Kessler
U.S. District Judge