UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

07-120

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. ~~07-022~~ (GK) |
| v. | |
| LESA BERRY | VIOLATION: 18 U.S.C. § 513 (A) (Securities Fraud) |
| Defendant. | |

FILED
AUG 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon oral motion of the Government, and for good cause shown, it is this 21st day of August, 2007 ORDERED that the defendant report to the United States Secret Service Agent Jonas Balciunas on Thursday August 23rd at 8:30 a.m. ~~immediately upon conclusion of the proceedings held before the Court on~~ for the purpose of booking, fingerprinting, photographing, and processing on the above charges in this case. At the conclusion of the booking process the defendant shall be released.

Aug. 21, 2007

Gladys Kessler
United States District Court Judge