HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :     Docket No.: 07-CR-120

vs.                          :     SSN: _____

BERRY, Lesa                  :     Disclosure Date: July 18, 2007

**FILED**

**AUG 2 1 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
Prosecuting Attorney                                Date

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    (✓)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____
Defendant           Date       Defense Counsel        Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **August 02, 2007**, to U.S. Probation Officer **Monica Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| LESA M. BERRY | * Criminal No. 1:07-cr-120-GK |
| | * |
| Defendant | |
| | * |

### DEFENDANT'S OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

Defendant Lesa Berry by and through her attorney hereby objects to the following sentencing guideline ranges/classifications and other material factual discrepancies as set forth herein.

¶18.  The offense level was incorrectly increased by two levels pursuant to U.S.S. G. §3B1.3. There should be no adjustment for role in the offense per the sentencing guidelines notes pursuant to U.S.S.G.§3B1.3. Pursuant to the notes found at page 330 of the Guidelines, an offense is increased two levels where the defendant abused a position of public or private trust in a manner that significantly facilitated the commission or concealment of the crime. The application/commentary notes found on page 330 refer to persons who hold positions that are subject to "significantly" less supervision. In the notes, for the adjustment to apply, the position of public trust or private trust must have contributed in some significant way to facilitating the commission or concealment. It states the adjustment applies in situation of

1

attorneys embezzlement of funds of a client, a bank executive fraudulent loan scheme or a criminal sexual abuse of a patient by a doctor. The notes specifically state, the adjustment does not apply in the case of embezzlement or theft by an ordinary bank teller or hotel clerk because such positions are not characterized by these factors. Ms. Berry was an accounts receivables clerk at a law firm. Her position is akin to that of a bank teller or hotel clerk not subject to the additional increase. She accepted checks/receivables from the law firm's clients who had been billed. In lieu of placing them in the firm's accounts, she deposited them in her account. While she may have had less supervision than some employees, the Guideline notes to U.S. S. G. §3B1.3 clearly did not intend for the adjustment level increase by 2 levels to apply to those in a position of Ms. Berry's account receivable clerk. Increasing the offense level to 17 instead of the agreed upon 15 is in error and should be corrected

On page 10, ¶30, Defendant denies that she declined to answer any questions regarding Samuel Simon.

¶31, Defendant's daughter is "Jazzmin"

On page 8, ¶43, Ms. Berry denies that she ever reported to Shore Behavioral Health that she went to San Diego State University for a couple of years studying business and discontinued because "it wasn't for her".

On page 12, ¶62, the guidelines are in error pursuant to comments addressed to ¶18. The guidelines should be a total offense level of 15 as agreed by the parties. The guideline range should corrected to be 18 to 24 months.

At page 10 of the report, Ms. Berry's necessary living expenses are in error. Her monthly homeowner's insurance listed as $619.00 is an error. Her homeowner's insurance is $619.00 annually and paid by escrow with her mortgage amount of $3010.00. Therefore, the

2

total net monthly cash flow should be edited to as well as the total expenses by $619.00. Also, see ¶55 for same correction.

                                                            Deborah K. Hines    #433917
                                                            1718 Connecticut Avenue, N.W.
                                                             Suite 700
                                                            Washington, DC 20009
                                                            (202) 824-8124

                                                            Attorney for Defendant

                                                            Lesa Berry

## Certificate of Service

I hereby certify that on this 21st day of August, 2007 a copy of the foregoing faxed to:

    Angela Hart-Edwards via 202-514-6010
    Assistant U.S. Attorney
    Federal Major Crimes Section
    554 4th Street, N.W. Room 4241
    Washington, D.C. 20530 2001

    Monica Johnson ( 202) 273-0242
    U.S. Probation Officer
    333 Constitution Ave.
    Washington, D.C. 20001

Deborah K. Hines

3

# FAX TRANSMISSION

**LAW OFFICES OF DEBORAH K. HINES**
1718 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20009
202-824-8124
Fax: 202-628-7220

| | | | |
|---|---|---|---|
| **To:** | Monica Johnson<br>Angela Hart Edwards, Esq. | **Date:** | August 2, 2007 |
| **Fax #:** | 202-273-0242<br>202-514-6010 | **Pages:** | 5 including this cover sheet. |
| **From:** | Deborah K. Hines, Esq. | | |
| **Subject:** | Lesa Berry<br>07-CR-120 GK | | |

COMMENTS:

This telecopy transmission contains confidential and privileged information belonging to the Law Offices of Deborah K. Hines. This information is intended only for the use of the recipient named above. If you are not the intended recipient or an agent or employee of the intended recipient, this transmission was sent to you in error. Any review, examination, use, disclosure, reproduction or distribution of this transmission or the information herein stated by anyone other than the intended recipient is strictly prohibited. If you have received this transmission in error, please read no further than this cover sheet and immediately telephone the sender to arrange for the return of this transmission to the sender.