UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : Criminal Case No. 07-120
:
v. :
:
LESA M. BERRY :

**FILED**

SEP 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER AMENDING SENTENCING

This matter came before the Court on August 21, 2007, for a sentencing hearing, and it is this ____ day of September, 2007,

**ORDERED** that the sentencing of Twelve (12) months and One (1) day imposed by this Court on August 21, 2007, remain in effect.

**FURTHER ORDERED** that the conditions of supervised release be amended to include the following condition:

1. That the defendant is required to notify her employer of Third Party Risk within 30 days of sentencing. The Probation Office shall not have direct contact with the employer without the expressed permission of the Court.

Gladys Kessler
United States District Court Judge